CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES — GENERAL

Case No. CV 02-3827-ABC (RJWx) Date June 21, 2002

Title PRL USA Holdings, Inc. -vs- New Age, etc., et al.

DOCKET ENTRY

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

PRESENT:

HON. AUDREY B. COLLINS, JUDGE

Daphne Alex
Deputy Clerk

Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: NONE PRESENT

ATTORNEYS PRESENT FOR DEFENDANTS: NONE PRESENT

PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

IT IS ORDERED that plaintiff's counsel show cause in writing not later than July 15, 2002 why this action should not be dismissed for lack of prosecution as to defendant(s) New Age; Charles Kim; Andy Kim.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, no oral argument will be heard on this matter unless ordered by the Court. The Order to Show Cause will stand submitted upon the filing of plaintiff(s)' response. The Court will consider as a satisfactory response the filing of the following on or before the date shown above.

___ Proof of service of summons and complaint on defendants ___

X Answer by defendants named above or plaintiff(s)' request for entry of default

X Plaintiff(s)' motion for entry of default judgment or request to the Clerk for entry of default judgment

X Stipulation and Order extending time to respond to the complaint

Failure to file a timely response is deemed consent to the dismissal without prejudice of the action as to the above defendants.

cc:

JUN 24 2002

Initials of Deputy Clerk DA

D — M

MINUTES FORM 11
CIVIL—GEN

7